BRIAN STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-mail: jonathan.lee@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MALIK SWINTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 17-cv-05559 KAW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

BY AND THROUGH THEIR ATTORNEYS OF RECORD, THE PARTIES ENTER INTO THE FOLLOWING STIPULATION AND RESPECTFULLY REQUEST ENTRY OF THE PROPOSED ORDER BY THE COURT:

WHEREAS, Plaintiff Malik Swinton filed this action on September 26, 2017 (ECF No. 1);

WHEREAS, on October 2, 2017, Plaintiff Malik Swinton, by and through is counsel of record, served copies of the summons, complaint, and order setting initial case management conference on the U.S. Attorney General in Washington D.C. and the Office of the United States Attorney, Northern District of California (civil process-clerk) in San Francisco via certified mail with return receipt pursuant to Rule 4 (ECF Nos. 8, 9);

WHEREAS, in November and December, counsel of record discussed the service requirements under Rule 4;

WHEREAS, on December 7, 2017, plaintiff served the summons and complaint on the U.S. Attorney's Office in Oakland by personal service;

WHEREAS, counsel for the United States has agreed to file an initial responsive pleading on or before December 22, 2017;

WHEREAS, counsel for the United States will be out of the office during the time when the joint case management statement is currently due; and

WHEREAS, the parties agree that it would be prudent to postpone the initial case management conference and the associated deadlines with respect to the joint statement, initial disclosures and ADR certification as follows.

Accordingly, the parties stipulate as follows and respectfully request that the Court enter the proposed order below:

1) The last day to file a Rule 26(f) report, file ADR certifications, complete initial disclosures or state objection in Rule 26(f) report, and to file Case Management Statement per Standing Order re Contents of Joint Case Management Statement shall be January 23, 2018; and

3) The initial Case Management Conference shall be on January 30, 2018 at 1:30 p.m.

IT IS SO STIPULATED.

DATED: December 20, 2017                               CABLE GALLAGHER

                                                       By: /s/ Keith D. Cable*
                                                           KEITH D. CABLE

                                                        Attorneys for Plaintiff SWINTON


DATED: December 20, 2017                               BRIAN J. STRETCH

                                                       United States Attorney

                                                       */s/Jonathan U. Lee*
                                                       JONATHAN U. LEE
                                                       Assistant United States Attorney
                                                       Attorneys for the United States

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 19, 2017

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge