ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ANN MARIE REDING (CABN 226864)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 788-3508
    Facsimile: (510) 637-3724
    E-mail: annie.reding@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MALIK SWINTON, | Docket No. C 17-05559 KAW |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| UNITED STATES OF AMERICA | |
| _____Defendant._____ | |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff MALIK H. SWINTON and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein.  Each party will bear its own costs and attorneys' fees.

DATED: April 25, 2018          ___/s/ Keith Cable_____
                               Keith Cable
                               Plaintiff's Attorney

DATED: April 25, 2018                      __/s/ Ann Marie Reding_____

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___5/2/18_____               _____

HON. KANDIS A. WESTMORE
United States Magistrate Judge